UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| In Re: **Grand Jury Subpoena No. 2225** (USAO No. 2023R00204) | Case No. 1:23-mj-0259-SKL<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google LLC, and its parent, subsidiary, or affiliate companies ("Google"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the subpoena) of the existence of the attached subpoena, **numbered 2225, for a period of 180 days, up to and including February 13, 2024.**

The Court determines that there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google shall not disclose the existence of the attached subpoena, **numbered 2225**, or this Order of the Court, to the listed subscriber or to any other person, for a period of 180 days, except that Google may disclose the attached subpoena to an attorney for Google for the purpose of receiving legal advice.

1

IT IS FURTHER ORDERED that the application and this Order shall be filed under seal and remain sealed for **a period of 180 days, up to and including February 13, 2024.**

August 18, 2023
Date

s/ Susan K. Lee
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Joel W. Solomon Federal Building, United States Courthouse 900 Georgia Avenue Chattanooga, TN 37402 | Date and Time: September 26, 2023 @ 09:00 a.m. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attached.

It is requested that in lieu of appearance, records may be sent to FBI Special Agent Michael Ritzman by email to: mfritzman@fbi.gov by September 19, 2023. If you choose to deliver the records to SA Ritzman, your personal appearance before the Grand Jury will not be necessary and a proper return of the subpoena to the Grand Jury noting your compliance will be made. If further information is needed to comply with this subpoena, please contact Agent Ritzman at 865-255-2148.

You are requested not to disclose the existence of this subpoena or the fact of your compliance. Any such disclosure on your part could impede the investigation being conducted and thereby interfere with the enforcement of the law. If you nonetheless intend to disclose the existence of this subpoena, please first contact the undersigned Assistant United States Attorney so that the government may seek appropriate recourse.

Date: 08/08/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Kyle J. Wilson
1110 Market Street, Suite 515
Chattanooga, TN 37402
423-752-5140
Kyle.Wilson@usdoj.gov

2023R00204

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____ .

 ☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

 ☐ I returned the subpoena unexecuted because: _____

_____

I declare under penalty of perjury that this information is true.

Date: _____

                 _____
                 *Server's signature*

                 _____
                 *Printed name and title*

                 _____
                 *Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT TO GRAND JURY SUBPOENA #2225

**Issued on:**

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

For Records Associated with the Following Email Accounts:

- careysub@gmail.com
- kyletsenior@gmail.com
- nuclearsecrecy@gmail.com
- ronan452@gmail.com

PLEASE PROVIDE:

Please provide the records and information described below:

1. Names (including subscriber names, user names, and screen names);
2. Addresses (including mailing addresses, service addresses, residential addresses, business addresses, and e-mail addresses);
3. Local and long distance telephone connection records (including records of text messages sent and received) for **the life of the account**;
4. Records of session times and durations for **the life of the account**;
5. Length of service (including start date) and types of service utilized;
6. Telephone or instrument numbers (including model type/numbers, phone numbers, IMSIs, IMEIs, MEIDs, UDIDs, MAC addresses, and advertising IDs);
7. Other subscriber numbers or identities, including any temporarily assigned network addresses (including the registration and session Internet Protocol ("IP") addresses with associated port numbers); and
8. Means and source of payment for such service (including any credit card or bank account number).

Please provide this information, if available, as data files on CD-ROM or other electronic media, or by making the information available for the government to download.

**Please note**: the entities for which we are requesting domain-level information are potential targets of a criminal fraud investigation. As such, we cannot request this information directly from the enterprise(s) without making the investigation known to the targets. As this information is stored electronically, alerting the targets to the investigation could result in destruction of key evidence. To avoid notification, a Court Order for Non-Disclosure has been attached to this legal process. Please do NOT disable access to any account(s) related to this request.
**For questions related to this subpoena, please contact Special Agent Michael F. Ritzmam, FBI Knoxville, mfritzman@fbi.gov, 865-255-2148.**

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Google LLC ("Google"), and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Google. The attached records consist of _____

_____

(generally describe records in terms of pages, CDs, or megabytes of data). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Google, and they were made by Google as a regular practice; and

    b.    such records were generated by an electronic process or system of Google that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Google in a manner to ensure that they are true duplicates of the original records; and

        2.    the process or system is regularly verified by Google and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____  _____
Date                            Signature